# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Gino's Rosemont LLC**, | Bankruptcy No. 20-16080 |
| Debtor. | |
| | Honorable David D. Cleary |
| **Reed Heiligman,** as chapter 7 trustee for Gino's Rosemont LLC, | |
| Plaintiff, | |
| v. | Adversary No. 22-00135 |
| **The Village of Rosemont,** | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff Reed Heiligman, as chapter 7 trustee for Gino's Rosemont LLC and Defendant The Village of Rosemont hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the voluntary dismissal of the captioned adversary proceeding, with prejudice, with each party to bear its own costs and attorneys' fees.

{00231719}

Dated: October 10, 2023

**Reed Heiligman,** as chapter 7 trustee for Gino's Rosemont LLC

By: */s/ Ariane Holtschlag*
One of His Attorneys

**The Village of Rosemont**

By: */s/ Michael K. Desmond*
One of Its Attorneys

Prepared by:
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-4830
Email:  aholtschlag@wfactorlaw.com

{00231719}
4886-6339-6993, v. 1